## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| VINCENT PITTS, | ) | NO. 09-6250 |
| | ) | |
| DEBTOR. | ) | JUDGE: SUSAN PIERSON SONDERBY |

### ORDER EXTENDING TIME TO FILE PLAN & DISCLOSURE STATEMENT

THIS MATTER COMING BEFORE THE COURT on Debtor's Motion to Time to File Plan & Disclosure Statement, all parties present or represented by council, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

The Debtor's time to file a plan and disclosure statement is hereby extended until October 26, 2009.

DATED: SEP 23 2009   ENTER

_____
JUDGE

Debra Vorhies Levine
DVL Law Offices
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
#6239484